IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **FREDERICK DEBERRY,**
2. RODERICK LACKEY, and
3. PAUL TALIFERO

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Defendant's Motion to Reconsider is denied for the same reasons stated in the June 14, 2006 minute order.

Counsel shall contact the court within 5 days to set a hearing on the motion to waive representation by counsel.

Dated: June 29, 2006

                                                s/Jane Trexler, Secretary/Deputy Clerk