IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FREDERICK DEBERRY,

    Defendant.

_____

ORDER REGARDING PSYCHOLOGICAL EXAMINATION
BY COURT APPOINTED MENTAL HEALTH EXPERT
_____

    THE COURT, having heard the positions of the parties, does HEREBY make he following findings and enter the following orders:

    1.    Defendant Frederick Deberry, representing himself *pro se*, and assisted by Stand By Counsel Mark C. Johnson, entered a plea of not guilty by reason of insanity in a *pro se* motion filed with the Court. On April 26, 2006, the Court took up that issue. At that time, Stand By Counsel Johnson stated to the Court that he had discussed the plea with defendant and that, given the indictment of a specific intent crime, defendant's goal was actually to rely on a defense of diminished capacity, not insanity.  Defendant affirmed that he desired to correct his notice to reflect that he would be pursuing a diminished capacity defense. After those representations, the

PDF FINAL

Court ordered that stand by counsel Johnson was to draft an order consistent with law and naming a qualified individual who would be performing the evaluation.

2. The Court has authorized funds through the Criminal Justice Act to secure the services of forensic psychologist Dr. Richard F. Spiegle Psy. D.

It is therefore ordered pursuant to U.S.C. Section 4247 and Fed. R. Crim. P. 12.2(b):

1. Dr. Richard Spiegle shall conduct a psychological examination of Defendant Frederick Deberry to determine whether he suffered from a mental disease or defect or other mental condition causing his diminished capacity at the time of the charged offense;

2. Dr. Spiegle shall file a report with the court and provide a copy thereof to defense and government counsel outlining the following:

(a) the person's history and present symptoms;

(b) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(c) the examiner's findings; and

(d) the examiner's opinions as to diagnosis, prognosis, and whether the defendant suffered from diminished capacity at the time of the charged crime.

3.  The report shall be filed on or before July 6, 2007.

DATED at Denver, Colorado, on June 1, 2007.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge