IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 6, 2007 |
|---|---|
| Court Reporter: Darlene Martinez | Time: 29 minutes |
| Probation Officer: n/a | Interpreter: n/a |

### CASE NO. 03-CR-00495-WDM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| FREDERICK DEBERRY and | Pro Se |
| RODGERICK LACKEY, | Scott Reisch |
| Defendants. | |

### STATUS CONFERENCE

**11:01 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL. Mark Johnson appears as advisory counsel for Mr. DeBerry. Defendant Frederick DeBerry is present and in custody. Defendant Rodgerick Lackey's appearance is waived.

Mr. Conner advises that the Government is prepared to proceed to trial.

Page Two
03-CR-00495-WDM
July 6, 2007

Mr. Conner further advises that he is in the process of obtaining some additional discovery the Mr. DeBerry has requested.

Mr. Reisch requests that the trials proceed in the order previously set.

Comments by Mr. DeBerry.

Comments by Mr. Johnson.

Discussion regarding speedy trial.

Court concludes that the ends of justice served by excluding **up to and including November 5, 2007** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. Given the circumstances of the unusual nature of this case, involving access to witnesses and coordination with the Bureau of Prisons and the Department of Corrections, that to require defendants to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

**ORDERED:** Counsel directed to chambers to schedule trial for defendant Frederick DeBerry no later than mid **December, 2007** and trial for defendant Rodgerick Lackey thereafter.

Discussion regarding pending motions.

**ORDERED:** Government's Motion for Psychiatric Exam (**Doc #398**), filed 4/26/07 is **GRANTED.**

**ORDERED:** Defendant Frederick DeBerry's Motion for Psychiatric Exam (**Doc #406**), filed 5/23/07 is **GRANTED.**

**ORDERED:** Defendant Frederick DeBerry's Motion to Compel (**Doc #415**), filed 6/25/07 is **WITHDRAWN.**

**ORDERED:** Defendant Frederick DeBerry's Motion for Reconsideration (**Doc #416**), filed 6/25/07 is **DENIED.**

**ORDERED:** Defendant Frederick DeBerry's Motion for Proposed Jury Instructions (**Doc #417**), filed 6/25/07 are **DENIED WITHOUT PREJUDICE.**

Page Three
03-CR-00495-WDM
July 6, 2007

**ORDERED:**   Defendant Frederick DeBerry's Motion for Protective Order (**Doc #421**), filed 4/26/07 is **GRANTED.**

**ORDERED:**   Defendant Frederick DeBerry's Motion for Reconsideration (**Doc #424**), filed 7/2/07 is **WITHDRAWN.**

**ORDERED:**   Defendant Frederick DeBerry's Motion for Recusal (**Doc #425**), filed 7/2/07 is **DENIED.**

**ORDERED:**   Defendant Frederick DeBerry's Motion to Disqualify Judge (**Doc #426**), filed 7/2/07 is **DENIED.**

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**1:30 p.m.**   **COURT IN RECESS**

**Total in court time:**   **29 minutes**

**Hearing concluded**