IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FREDERICK DEBERRY,

    Defendant.

_____

**ORDER**
_____

    Defendant is requesting that this court issue subpoenas for various individuals employed by the Bureau of Prisons.  The government has indicated that it will be calling several of these witnesses and it is in the interest of judicial efficiency to determine which of these witnesses will be present and available to testify in Defendant's case without the necessity of subpoenaing them.  Accordingly, it is ordered:

    1.  On or before November 16, 2007, government shall file a list of all witnesses who are now or were employees of the Bureau of Prisons or a co-defendant who will be

PDF FINAL

present at trial so that they may be called by the Defendant as a witness without the necessity of a subpoena.

    DATED at Denver, Colorado, on November 8, 2007.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge