IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK DEBERRY,

    Defendant.

---

**ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

This matter is before the court on the defendant's application for issuance of habeas corpus ad testificandum. It is now ordered that the Clerk of the Court shall issue a Writ of Habeas Corpus Ad Testificandum directing the United States Marshal and any other officer in whose custody the witness may be held to bring the body of Lewis Yazzie, Reg. No. 49898-008, last known address USP Atwater, Atwater, California, before United States Judge Walker D. Miller, sitting in Denver, Colorado, on the 3rd day of December, 2007, at 9:00 a.m., and to hold the witness at all times in custody, and from day to day thereafter until no longer needed, for trial in the United States District Court for the District of Colorado in the above-entitled case, and then

PDF FINAL

return the witness to the institution where he is now confined, under safe and secure conduct.

DATED at Denver, Colorado, on November 9, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge