IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Case No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK D. DEBERRY,

    Defendants.

## ORDER REGARDING METHOD BY WHICH DISCOVERY AND DEFENSE MATERIALS ARE TO BE PRODUCED TO DEFENDANT

Miller, J.

    THE COURT, having heard representations from the Government, the Bureau of Prisons, and Defendant Deberry does hereby ORDER that stand by counsel Mark C. Johnson and Defense investigator Rosemary Haire are to send all defense materials requested by Mr. Deberry including discovery discs, witness statements, CDs, and reports of other assaults at the Department of Prisons to Mr. Deberry at the U.S. Penitentiary at Florence, Colorado using the following procedure:

1.    All non-sensitive materials are to be sent to Mr. Deberry's counselor at the facility where Mr. Deberry is being held.

2.    All sensitive materials are to be sent to the legal department of the Bureau of Prisons, Florence, Colorado. Those materials will be reviewed by Ms. Carmen Diehl to determine if any of those materials pose a security risk and should not be produced to Mr. Deberry. To the extent documents can be produced to Mr. Deberry in redacted form, Ms.

Diehl shall redact information that poses a security risk and produce redacted copies to Mr. Deberry. Ms. Diehl is ordered not to divulge the contents of any Deberry defense materials to any other individual.

3. All defense materials that require the use of a computer or a video player are to be sent to the legal department of the Bureau of Prisons, Florence, Colorado, to the attention of Teresa Montoya.

DATED at Denver, Colorado, on November 16, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge