**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks       Date: November 19, 2007
Court Reporter: Janet Coppock                Time: 39 minutes
Probation Officer: n/a                        Interpreter: n/a

---

**CASE NO.  03-CR-00495-WDM**

Parties                                       Counsel

**UNITED STATES OF AMERICA,**                 David Conner


          Plaintiff,


vs.


**FREDERICK DEBERRY,**                        Mark Johnson (Advisory)




          Defendants.

---

**TRIAL PREPARATION CONFERENCE**

---

**1:08 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.  Scott Reisch, counsel for co-defendant Rodgerick Lackey is also present.

Matter set for 2 week jury trial commencing December 3, 2007.

Mr. Deberry advises that he needs additional time to contact and interview additional

witnesses.

Page Tw0
03-cr-00495-WDM
November 19, 1007

Comments by Mr. Conner advising of no objection to a continuance of the scheduled trial.

Comments by Mr. Johnson.

Court concludes that the ends of justice served by excluding **up to and including March 31, 2008** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial.  Given the delay in the disclosure of the prison roster and the difficulty in obtaining funds to conduct the necessary interviews, to require defendant to go to trial within the established speedy trial deadline would be unreasonable, for preparation for pretrial and trial.

**ORDERED:**   Trial scheduled for December 3, 2007 is **VACATED.**  Counsel directed to chambers to schedule a trial date and trial preparation conference.

**ORDERED:**   Defendant's Motion for Disclosure (Doc 486), filed 11/15/07 is **GRANTED** to the extent that the parties shall disclose witness and exhibit lists by January 11, 2008, without prejudice to additional listings with good cause showing.

Comments by Mr. Reisch advising he will be filing a motion to continue Mr. Lackey's trial in light of the Court's continuance of Mr. Deberry's trial.

Mr. Conner tenders a copy of the Government's proposed jury instructions to Mr. Deberry.

**ORDERED:**   Defendant is REMANDED to the custody of the United States Marshal.

**1:47 p.m.     COURT IN RECESS**

**Total in court time:          39 minutes**

**Hearing concluded**