# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 23, 2008 |
| Court Reporter: Janet Coppock | Time: 2 hours and 17 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 03-CR-00495-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| | Tom Storey |
| | Jack Wilner |
| Plaintiff, | Special Agent Andrew Stearns |
| vs. | |
| **FREDERICK DEBERRY,** | Mark Johnson (Advisory) |
| Defendants. | |

## MOTIONS HEARING

**9:07 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody. Also present are Carmen Diehl, Legal Instruments Examiner for the Bureau of Prisons and Teresa Montoya.

Court and counsel discuss pending motions.

**ORDERED:** Defendant's Motion for Reconsideration (Doc #485), filed 11/15/07 is **DENIED.**

**ORDERED:** Defendant's Motion to Disclose Grand Jury Material to Defendant (Doc #502), filed 11/30/07 is **GRANTED** to the extent that advisory counsel Mark Johnson shall determine if the grand jury transcripts was provided to defendant's prior counsel and if so, shall review the transcript and advise the defendant of its contents. Mr. Johnson shall retain custody of the grand jury transcripts.

**Defendant's Motion to Dismiss (Doc #505), filed 12/20/07.**

**9:22 a.m.** Argument by Mr. Deberry.

**9:28 a.m.** Argument by Mr. Conner.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion to Dismiss (Doc #505), filed 12/20/07 is **DENIED**.

Defendant's Motion for Sanctions (Doc #509), filed 1/4/08.

**9:34 a.m.** Argument by Mr. Deberry.

Questions by the Court.

Comments by Mr. Johnson.

**9:44 a.m.** Further argument by Mr. Deberry.

Further comments by Mr. Johnson.

**9:58 a.m.** Argument by Mr. Conner.

**10:00 a.m.** Examination of Carmen Diehl, Legal Instruments Examiner for the Bureau of Prisons by the Court.

Court **exhibits 1 and 2** identified and ADMITTED for purposes of these proceedings.

**10:07 a.m.** Examination by Mr. Conner.

**10:14 a.m.**   Examination by Mr. Deberry.

**10:15 a.m.**   Further examination by the Court.

**10:16 a.m.**   Examination by Mr. Johnson.

**10:24 a.m.**   **COURT IN RECESS**

**10:57 a.m.**   **COURT IN SESSION**

   Further examination by the Court.

**10:59 a.m.**   Further examination by Mr. Conner.

**11:11 a.m.**   Further examination by Mr. Deberry.

Court exhibits **3, 4 and 5** identified and ADMITTED for purposes of these proceedings.

**11:19 a.m.**   Further examination by the Court.

**11:20 a.m.**   Further examination by Mr. Conner.

Witness excused.

Court states its findings and conclusions.

Court proposes that the defendant be provided with the requested documents for his immediate review, but not be allowed to retain them.

Comments by Mr. Conner.

Comments by Mr. Johnson.

**ORDERED:**   Defendant's Motion for Sanctions (Doc #509), filed 1/4/08 is **GRANTED** to the extent that with the exception of the risk assessment documents and the redacted declarations of Laura Potter and Richard Smitley, the material previously received by Ms. Diehl be provided to the defendant in a secure location with his counselor for his review. Defendant may not retain this material unless it is determined not to be a security risk by the Bureau of Prisons.

Page Four
03-00495-WDM
January 23, 2008

**ORDERED:** Defendant's Motion to Sanctions (Doc #510), filed 1/14/08 is **WITHDRAWN.**

**ORDERED:** Defendant's Motion to Dismiss (Doc #518), filed 1/14/08 is **WITHDRAWN.**

**ORDERED:** Defendant's Motion to Dismiss (Doc #523), filed 1/18/08 is **DENIED.**

**ORDERED:** Government's counsel shall submit its witness and exhibit lists and jury instructions by the end of this week or early next week.

**ORDERED:** Mr. Deberry requests that the Bureau of Prisons provide him with the cell numbers to inmates in Delta B on the date of the offense is **GRANTED.**

**ORDERED:** Court directs the U.S. Marshal Service to make sure the defendant obtains all of his discovery from the Florence facility.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:50 a.m.** **COURT IN RECESS**

**Total in court time:** 137 minutes

**Hearing concluded**