IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00495-WDM-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    FREDERICK DEBERRY,

      Defendant

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the body of Wayne Wheelock, before a United States District Judge Walker D. Miller, on this 11th day of February, 2008 at 8:30 a.m., in the above-captioned cause, and to hold him at all times in custody and from day to day thereafter until no longer needed, for trial in the United States District Court for the District of Colorado in the above-entitled case, and then return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this **30th** day of **January**, 2008.

_____
WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO