IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00495-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    FREDERICK DEBERRY,

       Defendant

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the body of Rodgerick Lackey, Reg. No. 30391-013, before a United States District Judge Walker D. Miller, on this 3rd day of December, 2008 at 1:30 p.m., in the above-captioned cause, and to hold him at all times in custody and from day to day thereafter until no longer needed, for trial in the United States District Court for the District of Colorado in the above-entitled case, and then return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this 10th day of November, 2008.

WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO