IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. FREDERICK D. DEBERRY,

     Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

It is stipulated that upon the conclusion of the sentencing hearing, counsel for the Government shall retain custody of all exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this ____4____ day of December, 2008.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____
Counsel for Plaintiff

_____
Defendant