IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK D. DEBERRY,

    Defendant.

_____

**RULING ON OBJECTIONS**
_____

    In rendering my oral rulings following the sentencing hearing I had intended to rule on all nine of Defendant's specific objections to the Presentence Investigation Report. These objections were filed with the probation officer but not with the court clerk. For record convenience, I am directing that the objections be electronically filed for any future record reference.

    At the hearing I overruled Defendant's "Objection No. One" and he withdrew objections two through six. By oversight, I did not rule on objections seven, eight and nine and will now do so.

    Defendant's objection seven focuses on paragraph 106, 107 and 108 of the Presentence Investigation Report describing the nature, circumstances and seriousness of the offense. In brief, Defendant repeats his arguments that his actions were in self-defense and that consideration of sentencing enhancements by me violates his Fifth

and Sixth Amendment rights to a jury trial.  For the reasons stated orally, I found by a preponderance of the evidence that Defendant's acts were not in self-defense and, as stated on the record, I may, post-*Booker*, continue to find sentencing facts by a preponderance of the evidence because guideline calculations are recommendations or discretionary and not mandatory.  *See United States v. Tindall*, 519 F.3d 1057, 1063 (10th Cir. 1008).  Accordingly, Defendant's seventh objection is overruled.

Defendant's Objection No. Eight objects to the departure recommendations of the Presentence Investigation Report, again on the basis that he is entitled to a jury determination of the sentencing factors.  For the same reason, the eighth objection is overruled.

Objection No. Nine focuses on his prior convictions with detailed arguments concerning evidence and prior rulings.  The Presentence Investigation Report accurately recites the specific convictions and I may rely upon that record of conviction without retrying the matter or determining whether some error may have occurred.  Accordingly, the ninth objection is overruled.

It is ordered that the hand-written *Pro Se* Defendant's Objections to the Presentence Report be electronically filed.

DATED at Denver, Colorado, on December 8, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge