IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01053-WDM
(Criminal Case No. 03-cr-00495-WDM)

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

FREDERICK D. DEBERRY,

      Defendant-Movant.

_____

## JUDGMENT
_____

      Pursuant to and in accordance with the Order to Vacate, Set Aside, or Correct Sentence

Pursuant to 28 U.S.C. § 2255 entered by the Honorable Walker D. Miller (ECF No. 697) and

filed July 21, 2011, the following Judgment is hereby entered:

      1.     That the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C.

          § 2255, (ECF No. 689, as amended by ECF No. 691) is.DENIED; and

      2.     That the corresponding civil action is dismissed.

      Dated at Denver, Colorado this ___22nd___ day of July, 2011.

                    FOR THE COURT:

                    GREGORY C. LANGHAM, CLERK

                    By: _s/ Edward P. Butler_____
                        Edward P. Butler, Deputy Clerk