**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00495-REB
Civil Action No. 11-cv-01053-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK D. DEBERRY,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

**Blackburn, Judge**

    Movant has filed a notice of appeal and request for a certificate of appealability from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    **THEREFORE, IT IS ORDERED** that a certificate of appealability will not be issued.

    Dated at Denver, Colorado, August 4, 2011.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**

                                         JUDGE, UNITED STATES DISTRICT
                                         COURT FOR THE DISTRICT OF COLORADO